IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.G. TOOL & DIE, d/b/a | § | |
| A-G GEOPHYSICAL PRODUCTS, INC., | § | |
| | § | Cause No. H-97-3430 |
| Plaintiffs, | § | |
| | § | Judge Nancy F. Atlas |
| v. | § | |
| | § | |
| LTI, INC., | § | |
| | § | |
| Defendant. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 2 6 1998

Michael N. Milby, Clerk

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

This Court has been informed that the Plaintiff and Defendant have entered into a Settlement Agreement and Stipulation of Dismissal Pursuant to Settlement in order to resolve all issues in this action. Accordingly, under the terms of the Settlement Agreement between the parties, this action will be:

(1) dismissed with prejudice as to A-G's claims under U.S. Patent No. 5,120,268, A-G's unfair competition claims, and LTI's counterclaims relating to U.S. Patent No. 5,120,268; and

(2) dismissed without prejudice as to A-G's claims under U.S. Patent No. 5,641,307 and LTI's counterclaims relating to U.S. Patent No. 5,641,307.

Each party shall bear its own costs and attorneys' fees.

Entered this 22d day of May, 1998.

_____
Honorable Judge Nancy F. Atlas
United States District Judge for the
Southern District of Texas

25